# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY J. PEAKE,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **CIVIL ACTION NO.:** |
| ] | **2:17-CV-632  KOB** |
| ] | |
| **DOLGENCORP, LLC d/b/a Dollar General,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, November 26, 2018 that final settlement documentation could not be completed.

DONE and ORDERED this 25th day of September, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE